CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 29, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
    DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JOSHUA VANOVER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24CV00639 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **DR. CRYSTAL LARGE, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Joshua Vanover, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983, along with several other inmates as co-plaintiffs, *Huffman, et al. v. Large*, No. 7:24CV00441.  The plaintiffs claimed that medical staff at a local jail would not prescribe suboxone as treatment for the plaintiffs who struggle with substance addictions.  The court notified Vanover that the case would be severed into multiple cases, one for each plaintiff who consented to pay the filing fee of $350.  The court severed Vanover's claims into this separate civil action, No. 7:24CV00639.

By Order entered October 24, 2024, the court directed Vanover to file within thirty days an Amended Complaint concerning his personal medical needs regarding addiction treatment.  More than thirty days have elapsed, and Vanover has failed to submit an Amended Complaint or otherwise communicate with the court.

Accordingly, I will dismiss this action without prejudice for failure to comply with a court order.

An appropriate Final Order will issue herewith.

DATED: November 29, 2024

/s/ JAMES P. JONES
Senior United States District Judge